# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

**AMY DUNBAR**,

        Plaintiff,

    v.                    Case No. **17-CV-88**

**KOHN LAW FIRM S.C,**
**MIDLAND FUNDING, LLC,**
**MIDLAND CREDIT MANAGEMENT, INC., and**
**ENCORE CAPITAL GROUP, INC.,**

        Defendants.

☒    **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff on the plaintiff's action alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692. The defendants' statement regarding tax consequences was not false, deceptive, or misleading. 15 U.S.C. § 1692e. The plaintiff has failed to state a claim upon which relief may be granted.

The defendants' motion to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**.

This action is hereby **DISMISSED WITH PREJUDICE**.

Date: May 8, 2017

Stephen C. Dries, Clerk of Court
EASTERN DISTRICT OF WISCONSIN
(By) Deputy Clerk, s/ Linda M. Zik

Approved this 8th day of May, 2017.

_William E. Duffin_
WILLIAM E. DUFFIN
United States Magistrate Judge

2
Case 2:17-cv-00088-WED     Filed 05/08/17     Page 2 of 2     Document 28